GRISWOLD, commissioner, etc., v. BULLER, appellant.

*Appeal — proceedings for highway encroachments.*

In proceedings before justices of the peace in respect to encroachments upon highways, under the provisions of the Revised Statutes, part 1, chap. 10, art. 5, § 103, as modified by Laws 1862, chap. 243, appeals are governed by the provisions of the Code relating to appeals from judgments rendered by justices of the peace, and in such appeals the court, in its review, is limited to the grounds of appeal contained in the notice served on the respondent.

APPEAL from a judgment of the Chautauqua county court affirming a judgment of a justice of the peace in a proceeding in respect to an alleged encroachment made by the appellant upon a highway, in the town of Sheridan, in said county.

*Morris & Russell,* for appellant.

*Murray & Pattison,* for respondent.

E. DARWIN SMITH, J.

The only question of law passed upon in the opinion is set forth in the head-note. The opinion is chiefly devoted to a consideration of the facts.

*Judgment affirmed.*